No. 12M40.  ABED v. BLEDSOE, WARDEN; and

No. 12M41.  WRIGHT v. HAMRICK, WARDEN.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–11084.  TORMENIA v. CONTURSI ET AL.  Dist. Ct. App. Fla., 2d Dist.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 810] denied.

No. 12–138.  BG GROUP PLC v. REPUBLIC OF ARGENTINA. C. A. D. C. Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 12–467.  SIBLEY v. DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS.  Ct. App. D. C.  Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 12–5131.  TUCKER v. COSTELLO.  Super. Ct. N. J., App. Div.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 805] denied.

No. 12–5375.  CORNICK v. BYONG YU.  C. A. 9th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 810] denied.

No. 12–6095.  PARKS v. STATE OF GEORGIA SEXUAL OFFENDER REGISTRATION REVIEW BOARD.  Super. Ct. Fulton County, Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until November 26, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 12–6633.  IN RE SINGLETON; and

No. 12–6673.  IN RE RCOM.  Petitions for writs of habeas corpus denied.

No. 12–5473.  IN RE HANSON ET UX.  Petition for writ of mandamus and/or prohibition denied.

No. 12–30.  SETTENBRINO v. BARROGA-HAYES.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.